UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT POWELL, | Civ. No. 4:23-4143 |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant and Self-Insurer. | |

Plaintiff Scott Powell (hereinafter "Plaintiff"), through the undersigned counsel, and for his cause of action against Federal Express Corporation (hereinafter "Defendant and Self-Insurer") states and alleges as follows:

## PARTIES

1. Plaintiff is an individual residing in Minnehaha County, South Dakota.

2. Defendant Federal Express Corporation is a corporation which conducts business in South Dakota, with its principal place of business located in another state.

## JURISDICTION

3. The amount in controversy exceeds $75,000.

4. Jurisdiction is based on 28 U.S.C. § 1332, Diversity of Citizenship.

## STATEMENT OF FACTS

5. On July 18, 2018, Scott Powell ("Plaintiff") was driving a FedEx freightliner while working for Defendant.

6. Plaintiff was at a complete stop (due to travel congestion in a construction zone) on Highway 212 just outside of Granite Falls, Minnesota, when he was rear-ended by a vehicle driven by Neptali Lagunas.

7. Mr. Lagunas was traveling approximately 55 mph when he crashed into Plaintiff's vehicle, forcing Plaintiff to be thrown back into his seat.

8. As a result of the crash, Plaintiff was injured and damaged and has suffered and will continue to suffer in the future, physical and mental anguish, and has incurred medical expenses, both in the past and in the future, all to Plaintiff's general and special damages.

9. Mr. Lagunas was clearly at fault in causing the rear-end collision in which Plaintiff was injured.

10. Settlement negotiations between Plaintiff and Mr. Lagunas's liability insurer were successful, as Mr. Lagunas's insurer offered the policy limits of $100,000.

11. However, Plaintiff's injuries exceed the policy limits as provided by Mr. Lagunas's insurer.

12. As such, Defendant as Self-Insurer is responsible for any damages in excess of the policy limits to Plaintiff.

13. Upon Plaintiff's information and belief that Defendant Federal Express Corporation was self-insured at the time of the subject matter in this action.

14. Plaintiff's attorney has attempted to seek insurance information from Defendant, however, Defendant has failed to provide any such information.

### FIRST CAUSE OF ACTION (AGAINST DEFENDANT/SELF-INSURER)
### BREACH OF CONTRACT

15. Plaintiff reincorporates by reference the foregoing paragraphs.

16. It is Plaintiff's belief that Defendant had a certificate of self-insurance at the time of the subject crash.

17. It is Plaintiff's belief that the crash at issue occurred while Defendant's certificate of self-insurance was in force.

18. It is believed that Plaintiff's injuries do not fall under any exclusion set forth in Defendant's certificate of self-insurance.

19. Plaintiff's attorney provided Defendant's attorney with the information necessary for Defendant as Self-Insurer to evaluate Plaintiff's claims, however, Defendant as Self-Insurer has not evaluated Plaintiff's claims.

20. It is Plaintiff's belief that under the terms of the certificate of self-insurance, Defendant as Self-Insurer had a contractual duty to pay for covered losses up to the certificate's limits for injuries sustained as the result of a crash caused by an underinsured motorist.

21. Defendant as Self-Insurer has wrongly denied underinsured motorist coverage for Plaintiff's injuries incurred as a result of the crash with Mr. Lagunas.

## SECOND CAUSE OF ACTION (AGAINST DEFENDANT/SELF-INSURER) BAD-FAITH DENIAL OF CLAIM

22. Plaintiff reincorporates by reference the foregoing paragraphs.

23. Defendant as Self-Insurer owed Plaintiff a duty of good faith and fair dealing implied from its entry into a certificate of self-insurance.

24. Defendant as Self-Insurer, acting without a reasonable basis, has denied underinsured motorist benefits under the certificate of self-insurance that are due to Plaintiff.

25. Defendant's actions, as Self-Insurer, constitute a breach of its duties to Plaintiff in that it failed to act fairly and reasonably toward Plaintiff and demonstrated a significant disregard of Plaintiffs' rights and economic interests.

26. Defendant as Self-Insurer had no reasonable basis for denying Plaintiff benefits under the certificate of self-insurance and had knowledge of, or a reckless disregard of, the lack of a reasonable basis for denying benefits.

27. Defendant's denial as Self-Insurer was intentional and attended by circumstances of oppression, fraud, and malice and was a breach of Defendant/Self-Insurer's duty of good faith and fair dealing toward Plaintiff.

3

28. Defendant's breach of its duty of good faith and fair dealing as Self-Insurer has caused and will cause Plaintiff to incur attorney's fees in the prosecution of this action.

29. As a direct and proximate result of Defendant's breach of its duty of good faith and fair dealing as Self-Insurer, Plaintiff has suffered and will continue to suffer economic damage and resulting emotional distress.

### THIRD CAUSE OF ACTION (AGAINST DEFENDANT/SELF-INSURER)
### VIOLATION OF STATE UNFAIR TRADE PRACTICES ACT

30. Plaintiff reincorporates by reference the foregoing paragraphs.

31. By refusing to pay underinsured motorist benefits to Plaintiff as required by the certificate of self-insurance, Defendant as Self-Insurer has violated the provisions of the Unfair Trade Practices Act.

32. Because Defendant as Self-Insurer acted knowingly and willfully in violation of the Unfair Trade Practices Act, Plaintiff is entitled to punitive damages from Defendant as Self-Insurer.

### FOURTH CAUSE OF ACTION (AGAINST DEFENDANT/SELF-INSURER)
### PUNITIVE DAMAGES

33. Plaintiff reincorporates by reference the foregoing paragraphs.

34. Defendant acted with oppression, fraud, express and implied malice, and a reckless disregard for the interests and rights of Plaintiff by refusing to provide compensation benefits owed to Plaintiff, entitling Plaintiff to an award of punitive damages pursuant to SDCL 21-3-2.

35. Upon information and belief, Defendant engaged in a pattern and practice of acting in bad faith.

### FIFTH CAUSE OF ACTION (AGAINST DEFENDANT/SELF-INSURER)
### ATTORNEY'S FEES

36. Plaintiff reincorporates by reference the foregoing paragraphs.

37. The denial of full payment of benefits owed pursuant to Plaintiff's underinsured motorist claim was made vexatiously and without reasonable cause, entitling Plaintiff to an award of attorney's fees incurred in an effort to

secure Defendants' compliance as Self-Insurer with the terms of the certificate of self-insurance coverage, pursuant to SDCL 58-12-3.

38.   The acts herein complained of further constitute unfair trade practices in the business of insurance under SDCL 58-33-5 and SDCL 58-33-6, entitling Plaintiff to an award of attorney's fees pursuant to SDCL 58-33-46.1.

WHEREFORE, Plaintiff prays for judgment against the Defendant as Self-Insurer for all general and special damages suffered by Plaintiff, in an amount to be determined by the jury, together with Plaintiff's costs and disbursements herein, and for such other and further relief as the Court deems just and equitable.

### **DEMAND FOR JURY TRIAL**

Pursuant to the provisions of Federal Rule of Civil Procedure 38, Plaintiff Scott Powell hereby demands a trial by jury of any issue triable of right by jury.

Dated the 27 day of September, 2023.

> BEARDSLEY, JENSEN & LEE,
> Prof. L.L.C.
>
> By: *[signature]*
> Brad J. Lee
> 4200 Beach Drive, Suite 3
> P.O. Box 9579
> Rapid City, SD  57709
> Telephone:  (605) 721-2800
> Facsimile:  (605) 721-2801
> E-mail:  *blee@blackhillslaw.com*
>   *Attorneys for Plaintiff*

5

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
SCOTT POWELL

**DEFENDANTS**
FEDERAL EXPRESS CORPORATION

(b) County of Residence of First Listed Plaintiff: Minnehaha
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Beardsley, Jensen & Lee, Prof LLC, P.O. Box 9579, Rapid City, SD 57709 - 605-721-2800

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [x] 110 Insurance | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | **PERSONAL INJURY** | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 365 Personal Injury - Product Liability | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | 368 Asbestos Personal Injury Product Liability | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | **PERSONAL PROPERTY** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 370 Other Fraud | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 371 Truth in Lending | **LABOR** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 490 Cable/Sat TV |
| 196 Franchise | | 385 Property Damage Product Liability | 720 Labor/Management Relations | 850 Securities/Commodities/ Exchange |
| | | | 740 Railway Labor Act | **SOCIAL SECURITY** |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 751 Family and Medical Leave Act | 861 HIA (1395ff) |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 790 Other Labor Litigation | 862 Black Lung (923) |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | 791 Employee Retirement Income Security Act | 863 DIWC/DIWW (405(g)) |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 864 SSID Title XVI |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | **FEDERAL TAX SUITS** | 865 RSI (405(g)) |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | 870 Taxes (U.S. Plaintiff or Defendant) | 890 Other Statutory Actions |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 871 IRS—Third Party 26 USC 7609 | 891 Agricultural Acts |
| | 448 Education | 540 Mandamus & Other | | 893 Environmental Matters |
| | | 550 Civil Rights | **IMMIGRATION** | 895 Freedom of Information Act |
| | | 555 Prison Condition | 462 Naturalization Application | 896 Arbitration |
| | | 560 Civil Detainee - Conditions of Confinement | 465 Other Immigration Actions | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | | | | 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332

Brief description of cause:
Breach of contract and bad faith

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ - unspecified compensatory, punitive damages & attorney's fees

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 9-27-2023

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____